United States District Court
Southern District of Texas

**ENTERED**

July 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Wanda Warren, Individually and as Representative of the Estate of Khari Reid, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-25-6156 |
| Carmensita Transportation LLC and Erik Vera, | § § § | |
| Defendants. | § | |

## ORDER

On July 7, 2026, Magistrate Judge Peter Bray recommended that the court deny Plaintiff Wanda Warren's Motion to Remand. (Docket Entry No. 29.) The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed.

The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion. The Motion to Remand is **DENIED**.

**SIGNED** at Houston, Texas, on this the 27th day of July, 2026.

_____
Sim Lake
Senior United States District Judge